UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TRIVISTA OIL CO., LLC, *Plaintiff* | § § § | |
| v. | § § | CIVIL NO. 1:21-CV-1073-RP |
| G2 TECHNOLOGIES, CORP., *Defendant* | § § | |

## ORDER

Before the Court is Plaintiff's Opposed Motion to Compel Defendant to Respond to Initial Disclosures and Plaintiff's First Request for production, filed August 5, 2022 (Dkt. 35).[1]

Local Rule CV-7(d)(2) provides that Defendant G2 Technologies, Corp.'s response to the Motion was due not later than 7 days after its filing, i.e., by August 12, 2022. Defendant neither filed a response nor requested an extension of the prescribed time period. Accordingly, the Court may grant the motion as unopposed. *Id.*

Pursuant to Local Rule CV-7(d)(2), and in view of the September 30, 2022 deadline to complete discovery (Dkt. 29 ¶ 7), the Court hereby **GRANTS** Plaintiff's Opposed Motion to Compel Defendant to Respond to Initial Disclosures and Plaintiff's First Request for production (Dkt. 35). Defendant shall respond to Plaintiff's Requests for Production and amend its Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii) on or before **August 26, 2022**.

All other relief not expressly granted herein is **DENIED**.

**SIGNED** on August 18, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] On August 8, 2022, the District Court referred the Motion to the undersigned Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas ("Local Rules").